**Order issued January 17, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-11-00775-CV

_____

**JUAN JULIO MORALES , KATHRYN ALYCE MURPHY, VANDERLEI BERNARDI, Appellants**

**V.**

**6800 SW FREEWAY, INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 976,947**

---

## ORDER ON MOTION TO REINSTATE

On November 19, 2012, the Court abated this appeal because appellants, defendants below, filed a suggestion of bankruptcy. *See* 11 U.S.C.S. § 362(a) (2009 & Supp. 2012) (automatic bankruptcy stay); TEX. R. APP. P. 8.1, 8.2.

Appellants have moved to reinstate the appeal. *See* TEX. R. APP. P. 8.3. Accompanying the motion is a copy of the bankruptcy court's order lifting the stay in case number 12-36180-H2-13 in the United States Bankruptcy Court for the Southern District of Texas–Houston Division, as it pertains to the appeal in *Juan Julio Morales, Kathryn Alyce Murphy, and Vanderlei Bernardi vs. 6800 Southwest Freeway, Inc.*, cause number 01-11-00775-CV, and the underlying state court cause of action.

The motion is **granted**, and the appeal is **reinstated**.

It is so **ORDERED.**

Jane Bland
Justice
Acting Individually